UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EDDY ANDRE,

                                                         Civil Case No. 19CV9816 (PMH)

                Plaintiff,

    -against-

ALEXIS DINER, INC., YIANNAKIS ZACHARIA and
SPYROS VARNAVIDES,

                Defendants.

---

## JUDGMENT

In accordance with the Defendants' Offer of Rule 68 Judgment dated April 3, 2020 and Plaintiff's Notice of Acceptance thereof filed April 6, 2020, the Plaintiff, EDDY ANDRE, shall have and jointly/severally recover from the Defendants, ALEXIS DINER, INC., YIANNAKIS ZACHARIA and SPYROS VARNAVIDES, the sum of SIXTY THOUSAND and 00/100 [$60,000.00] DOLLARS, inclusive of all costs and attorneys' fees.

Dated:  New York, New York
          April 8, 2020

                                                Philip M. Halpern, U.S.D.J.